NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE RIADA CORPORATION, a Florida )
corporation, and ROBIN A. ADAIR, )
)
     Appellants, )
)
v. )     Case No. 2D18-2513
)
CRAIG CALDWELL, )
)
     Appellee. )
_____)

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Nickolas C. Ekonomides of Nickolas C.
Ekonomides, P.A., Clearwater, for
Appellants.

Nancy S. Paikoff and Stephen O. Cole of
MacFarlane Ferguson & McMullen,
Clearwater, for Appellee.


PER CURIAM.

     Affirmed.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.